■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL ANTONETTI, Appellant. [816 NYS2d 397]—Judgment, Supreme Court, New York County (Arlene D. Goldberg, J., at plea; Michael Ambrecht, J., at sentence), rendered on or about June 23, 2004, unanimously affirmed. No opinion. Order filed. Concur—Marlow, J.P., Williams, Gonzalez, Sweeny and Catterson, JJ.